JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, d/b/a FIESTA FABRIC, a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>THE DRESS BARN, INC., a Connecticut Corporation; KRAZY KAT SPORTSWEAR, LLC., a New Jersey Limited Liability Company; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 2:16-cv-07360 MWF (AGRx)<br>*Hon. Michael W. Fitzgerald Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: March 12, 2018          By: _____
                                    HON. MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE